# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

PLEASE RECEIPT AND RETURN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER __08 MJ 2142__ |
| | ) | |
| vs | ) | ABSTRACT OF ORDER |
| | ) | |
| JESUS HILARIO ORTEGA | ) | Booking No._____ |
| | ) | |
| | ) | |
| | ) | |

**TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:**

Be advised that under date of_____ __7/21/08__ _____

the Court entered the following order:

___✓___ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release
and released from custody.

___✓___ Defendant released on $___10,000___ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for_____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

UNITED STATES MAGISTRATE JUDGE

OR

Received_____
                    DUSM

W. SAMUEL HAMRICK, JR.    Clerk

by _____
                    Deputy Clerk

**B. LLOYD**

★ U.S. GPO: 1996-783-398/40151

Crim-9    (Rev 6-95)

CLERK'S COPY