## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> ) <br> vs. ) <br> ) <br> *Jesus Hilario Ortega, Jr.* ) <br> ) <br> Defendant(s) ) <br> _____ ) | CRIMINAL NO. _08mj2142_ <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. _10230249_ |

CATHY ANN BENCIVENGO

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

*Raul Timoteo Ramirez-Perez*

DATED: _7/24/08_

RECEIVED _____
              DUSM

CATHY ANN BENCIVENGO
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
              Deputy Clerk